UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

RICARDO CASTILLO MOLINA,                    CASE NO.: 6:25-bk-01438-TPG
                                            CHAPTER 11

        Debtor.

_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Movant, ALESSANDRA CRISANTO individually and d/b/a ABC MASTERS EDUCATION (hereinafter "Crisanto"), by and through undersigned counsel, hereby files this Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d) relating to the bankruptcy filing filed by Debtor, RICARDO CASTILLO MOLINA (hereinafter "Molina"), and states the following:

1.      There is currently pending an action between Movant Crisanto and Debtor Molina under Case Number 2024-CA-000962-CI, in the Circuit Court of Osceola County, Florida, entitled Crisanto v. Purpiglia, et al., that was filed by the Movant to recover damages resulting from breach of contract, misappropriation of trade secrets, and tortious interference (hereinafter "the Civil Action"). The Verified Complaint was filed by Crisanto on April 5, 2024.

2.      Defendant Molina filed his Answer on July 1, 2024.

3.      The parties have since begun and spent significant time and effort in the discovery and pre-trial process of the Civil Action.

4.      In fact, the Civil Action has been set for trial during the two week period beginning February 16, 2026. See Case Management Order attached hereto as Exhibit 1.

5.      In addition, the deposition of Debtor Molina was in the process of being scheduled when Molina filed his bankruptcy action on March 14, 2025.  The filing of the bankruptcy action has effectively stayed this litigation.

6.      As a result of the automatic stay, the Movant is unable to proceed with her claims against Molina.  The stay is causing great harm to Movant.

7.      Currently pending before the court in the Civil Action is a Renewed Motion for Temporary Restraining Order and Preliminary Injunction filed by the Plaintiff on January 30, 2025. The purpose of the Renewed Motion is to prevent Molina from causing further damage to Movant and her business by his wrongful conduct in using misappropriated confidential information belonging to Movant to wrongfully compete with the Movant.

8.      The Renewed Motion is fully briefed and was in the process of being scheduled for hearing when the bankruptcy case was filed by Molina.

9.      Given the nature of the allegations against Debtor Molina and his co-defendants, and the advanced stage of the litigation, Movant Crisanto would face great hardship and prejudice by the continued breach of contract and misappropriation of her proprietary information if the automatic stay were to prevent the continued litigation of the Civil Action.

10.     Moreover, it is in the interest of judicial economy to allow the Civil Action to continue.

11.     Based on the totality of these circumstances, relief from the automatic stay is warranted and well within the discretion of this Court to grant. See In re Murray Indus., Inc., 121 B.R. 635 (Bankr. M.D. Fla. 1990); In re Paxson Elec. Co., 242 B.R. 67 (Bankr. M.D. Fla. 1999); In re R.J. Groover Const., L.L.C., 411 B.R. 460 (Bankr. S.D. Ga. 2008).

WHEREFORE, Movant Crisanto requests that this Court enter an Order lifting the Automatic Stay and allowing the continued proceeding of <u>Crisanto v. Purpiglia, et al.</u>; and for such other and further relief, at law or in equity, which this Court deems just.

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to the Clerk of Court by using the CM/ECF System which will send electronic notification of this filing to counsel of record, on this **<u>2ND</u>** day of April 2025.

PATTEN LAW FIRM, LLC
*Attorneys for Movant*
7575 Dr. Phillips Blvd., Suite 250
Orlando, Florida 32819
Tel. (407) 226-9115
Fax (407) 226-9116

By:  /s/ Lisa R. Patten
     Lisa R. Patten, Esquire
     Florida Bar No.:894222
     LPatten@pattenlawfirm.com