IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR OSCEOLA COUNTY, FLORIDA

CASE NUMBER: 2024-CA-000962

BUSINESS COURT
DIVISION: 23 – (Osceola County)

ALESSANDRA CRISANTO, ET AL

    Plaintiff(s),

vs.

FABIANA PURPIGLIA, ET AL

    Defendant(s).
_____/

## CASE MANAGEMENT ORDER

This cause came before the Court on <u>November 08, 2024</u> for a Case Management Conference pursuant to the Court's notice and order. This case has been assigned to Division 43 / 23, Business Court pursuant to Amended Administrative Order No.: 2019-08-02 in the Ninth Judicial Circuit, Orange / Osceola County, Florida. After conferring with Counsel and the Parties, reviewing the Case Management Report, and being otherwise fully informed in the premises, it is **ORDERED** that unless later modified by Order of this Court, this schedule of events shall control the management and proceedings in this case:

### COMMUNICATION WITH THE COURT AND AMONG THE PARTIES

EXHIBIT 1

1. The parties are represented by the following, which shall be designated Lead Trial Counsel:

   a. <u>Lisa Patten, Esquire</u>, representing **Plaintiff.**

   b. <u>Erica Agosto, Esquire; Steven Ehrlich, Esquire</u>, representing **Defendant(s).**

## PRELIMINARY FINDINGS & DEADLINES

2. Any motions for leave to amend the pleadings to add additional parties or otherwise, shall be filed no later than <u>January 10, 2025</u>.

3. The parties are directed to comply in all respects with the Business Court Procedures and Divisional Guidelines located at: https://www.ninthcircuit.org/about/divisions/business-court.

## MOTIONS, DISCOVERY, ALTERNATIVE DISPUTE RESOLUTION AND TRIAL

4. The trial of this case shall occur during the trial period beginning **February 16, 2026**. The parties estimate the trial will be completed in 5 days. **(JURY)**

5. A pre-trial conference is scheduled on **February 03, 2026 at 9:30 am** in Orange County Courthouse, Court Room 9A, 425 N Orange Ave., Orlando, FL 32801. The parties shall prepare in advance and provide at least fourteen (14) days

prior to the pre-trial conference a pre-trial statement comporting with BCP 9.2. Non-Complying parties are subject to sanctions, including striking pleadings, witnesses and exhibits. **Parties shall complete Pre-Trial Conference Checklist and email to the Judicial Assistant ([43Orange@ninthcircuit.org](mailto:43Orange@ninthcircuit.org)) in addition to a courtesy copy of the previously filed Pre-Trial Statement (see above) no later than 5 (five) business days prior to the Pre-Trial Conference.**

6. All Parties to serve no later than June 17, 2025, final list of all trial witness(es) likely to be called, including name, address, email and phone number. Party shall specify the subject matter about which the witness has knowledge. Records Custodians should be listed where parties do not stipulate to admissibility of records without testimony of a Records Custodian. Expert witness(es) designation see below.

7. The parties shall have until <u>August 01, 2025</u> to conduct and conclude discovery. It is further ordered that the setting of the discovery deadline will not limit any party from filing summary judgment motions during the period, but any such motions should be narrowly drawn to address only issues on which discovery has been completed.

8. The Parties are limited to two (2) expert witnesses per side. In all other respects, the presumptive limitations on discovery contained in the Business Court

Procedures shall apply.

9. The Party bearing the burden of proof on any claim shall designate the expert expected to be called at trial and provide all information specified in BCP 7.6 and Fla. R. Civ. P. 1.280(b)(5)(A)(iii) by April 09, 2025. With this disclosure, the Party shall provide three (3) dates on which the expert is available for deposition. The Party responding to any claim shall designate the expert expected to be called at trial and provide all information specified in BCP 7.6 and Fla. R. Civ. P. 1.280(b)(5)(A)(iii) by May 09, 2025. With this disclosure, the Party shall provide three (3) dates on which the expert is available for deposition. Each Party to provide rebuttal expert reports, if any, by June 20, 2025 and provide all information specified in BCP 7.6 and Fla. R. Civ. P. 1.280(b)(5)(A)(iii). All expert discovery will conclude by July 21, 2025.

10. The parties do not waive hearing on Motion(s) for Summary Judgment. Motion(s) must be heard no later than seven (7) days before Pre-trial Conference.

11. Dispositive and Daubert Motions shall be filed by August 15, 2025 and heard no later than seven (7) days before the pre-trial conference if oral argument is granted. No Order required for setting Summary Judgment hearings.

12. Motions in Limine shall be filed by August 29, 2025 and heard no later

Case 6:25-bk-01438-TPG    Doc 22-1    Filed 04/02/25    Page 5 of 5

than seven (7) days before the pre-trial conference if oral argument is granted.

13. The parties are ordered to advise the Court, in writing, by July 15, 2025 of the date and time of the mediation and the identity of the mediator. The Parties shall conduct mediation by <u>August 01, 2025</u>. The Plaintiff's counsel is ordered to advise the Court, in writing, of the outcome of the mediation no later than five (5) days following the conclusion of the mediation conference.

**DONE AND ORDERED** in Orlando, Orange County, Florida on

*/s/ John E. Jordan*
eSigned by JORDAN, JOHN on 11/08/2024 11:08:38 OBVNbu2m

John E. Jordan, Circuit Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

Cathy Stephens, Judicial Assistant to Judge John E Jordan

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Page 5 of 5

2024-CA-000962-O