**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: April 3, 2025**

_Tiffany P. Geyer_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:     Case No. 6:25−bk−01438−TPG
           Chapter 11

Ricardo Castillo Molina

_____Debtor*_____/

### ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by Alessandra Crisanto , Doc. # 22 . After review, the Court determines that the motion is deficient as follows:

Service upon the 20 Largest Unsecured Creditor List, as defined in Fed. R. Bankr. P. 1007(d) and required in Fed. R. Bankr. P. 4001(a)(1), is not indicated.

Service upon the Parties in Interest List, defined by Local Rule 1007−2 a current mailing matrix obtained from the Clerk of Court is not indicated. Local Rule 9013−3(e).

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.