**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| RICARDO CASTILLO MOLINA, | Case No. 6:25-bk-01438-TPG<br>Chapter 7 |

Debtor.
_________________________________/

# NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable hereto pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure, EMERSON C. NOBLE, as CHAPTER 7 TRUSTEE FOR THE ESTATE OF RICARDO CASTILLO MOLINA ("Trustee"), through counsel, will take the deposition of the following in connection with the contested matter related to the Objection to Exemptions (Doc. No. 225):

| NAME | DATE/TIME | PLACE |
|---|---|---|
| Ricardo Castillo Molina | November 11, 2026/starting at 10:00 a.m. | Winderweedle, Haines, Ward & Woodman, P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32790 |

Upon oral examination before **Veritext Legal Solutions**, a court reporting service, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed.

The deposition is being taken for the purposes of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

DATED October 8, 2026.

*s/ Ryan E. Davis*
RYAN E. DAVIS
Florida Bar No. 0179851
rdavis@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
329 Park Avenue North, Second Floor
Winter Park, FL 32789
(407) 423-4246
(407) 423-7014 (facsimile)
*Attorney for Emerson C. Noble, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2026, a true and correct copy of the foregoing was served via:

***CM/ECF to:***

Justin M. Luna, Esq., Latham, Luna, Eden & Beaudine, LLP, 201 S. Orange Ave., Suite 1400 Orlando, FL 32801

Michael A. Tessitore, II, Esq., Shutts & Bowen LLP, 300 South Orange Avenue, Suite 1600, Orlando, Florida 32801

Emerson C. Noble, Chapter 7 Trustee, Post Office Box 622798, Oviedo, FL 32762-2798

United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801

***US Mail to:***

Ricardo Castillo Molina, 500 Celebration Ave., Celebration, FL 34747

***Email to:***

Justin M. Luna, Esq., Latham, Luna, Eden & Beaudine, LLP, 201 S. Orange Ave., Suite 1400 Orlando, FL 32801 (jluna@lathamluna.com)

*/s/ Ryan E. Davis*
RYAN E. DAVIS